

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN        AUSTIN 11, TEXAS

ATTORNEY GENERAL

Hon. Tom L. Beauchamp      Opinion No. O-1032
Secretary of State         Re:  Is proposed charter of the
Austin, Texas               Motor Club of East Texas an edu-
                         cational undertaking within the
                         purview of subdivision 2, Article
                         1302, Revised Civil Statutes of
Dear Sir:                 1925.

     This will acknowledge receipt of your letter of June 23, 1939, with which you submit the proposed charter of the Motor Club of East Texas, with a request that we advise you whether or not the purpose therein expressed is for an educational undertaking within the purview of subdivision 2 of Article 1302, Revised Civil Statutes of Texas, 1925.

     The purpose clause of such proposed corporation is:

     "The purpose of this Motor Club shall be an educational enterprise, to-wit:  This Motor Club shall be formed for the purpose of establishing, supporting and maintaining an automobile association with power to acquire and own all property incidental to such business, to furnish road information to the general public, to aid in general safety work for school children, to guard against automobile accidents, to distribute safety literature in order to reduce automobile accidents and to work for better laws regarding highway legislation and to give free information in regard to state highway laws and regulations."

     We have, this day, written you our opinion No. O-1028 on a similar question presented in the proposed charter of the Taxpayers Association on Nacogdoches County, Texas.  We think that the law was fully considered and discussed in such opinion and that it is determinative of the question here presented.

     We, therefore, necessarily conclude, and you are so advised, that the purpose, above set out, is not for an educational undertaking within the purview of subdivision 2, Article

Hon. Tom L. Beauchamp, page 2   (O-1032)


1302, Revised Civil Statutes of Texas, 1925.

The proposed charter is, herewith, returned.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ Lloyd Armstrong
Lloyd Armstrong, Assistant

APPROVED JUL 22, 1939
s/ W. F. Moore
FIRST ASSISTANT ATTORNEY GENERAL

LA:omb:wb
ENCL.

APPROVED: OPINION COMMITTEE
BY:       T.D.R., Chairman